UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED MARTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T. JARRETT, RAYTHEL FISHER, COUNTY OF MADERA, E. GUTHERY,<br><br>　　　　Defendants. | Case No.  1:22-cv-00766-AWI-HBK (PC)<br><br>ORDER DIRETING CLERK OF COURT TO CLOSE ACTION BASED UPON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. No.  10) |

　　　　Plaintiff filed a  Notice of Voluntary Dismissal on August 17, 2022.  (Doc. No. 10, "Notice").  Plaintiff's Notice follows the Court's screening order finding the complaint failed to state a claim. (Doc. No. 9).  Contrary to Plaintiff's allegations in the Notice that he was "forced" to file the instant Notice, the Court afforded Plaintiff two other options in its  screening order, including to file an amended complaint or stand on his complaint. Plaintiff chose to file the Notice.[1]  (Id. at 6).   Because the Notice does not indicate whether Plaintiff wishes to dismiss the action with, or without prejudice, the Court construes the request to be without prejudice.  Fed. R. Civ. P. 41(a)(1)(B).  In light of the notice, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i).

---

[1] Plaintiff's Notice contains derogatory statements about the court and on the undersigned. (*See* Doc. No. 10 at 1.

1   Accordingly, the Clerk of Court is directed close this action and vacate all pending dates
2 based upon Plaintiff's Notice of Voluntary Dismissal without prejudice consistent with Fed. R.
3 Civ. P. 41(a)(1)(A)(i).

Dated:   August 18, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2